# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Wescott, | No. CV-24-00198-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Response to the Court's Order to Show Cause (Doc. 13) and a second Motion Requesting Order for Service of Process (Doc. 14).

In the Court's May 31, 2024, Order granting Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 9), the Court also granted Plaintiff's Motion Requesting Order for Service of Process (*id.* at 15). Per that Order, Plaintiff was to complete service packets and return them to the Clerk of Court within 21 days of that Order. (*Id.*) Plaintiff did not. The Court thus issued an Order to Show why the case should not be dismissed. Plaintiff timely responded, saying he did not receive the Court's Order. (Doc. 13). He says he "has now taken action to fix his mail and email service issues, updating his email addres with the Court and his mailing address." (*Id.*)

Under these circumstances, the Court will allow one more extension of time to serve Defendants. In that regard,

**IT IS ORDERED granting** Plaintiff's second Motion Requesting Order for Service of Process (Doc. 14).

**IT IS ORDERED** that:

(1) The Clerk of Court must resend Plaintiff the service packets, including this Order, and a copy of the Marshal's Process Receipt & Return form (USM-285) and Notice of Lawsuit & Request for Waiver of Service of Summons form for Defendants Fry's Food Stores of Arizona, Inc., Mr. Ezra Doe, and Ms. Michele Doe.

(2) Plaintiff must complete and return the service packets to the Clerk of Court **within 21 days of the date of filing of this Order**.  **The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.**

(3) Pursuant to Fed.R.Civ.P. 4(m), the Court hereby extends the time limit for service to 60 days from the date of this Order.  **If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint, on Defendants within 60 days of the filing of this Order, the action shall be dismissed as to each Defendant not served.**

(4) The United States Marshal must retain the Summons, a copy of the Complaint and a copy of this Order for future use.

(5) The United States Marshal must notify Defendants of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The notice to Defendants must include a copy of this Order. The Marshal must immediately file signed waivers of service of the summons. If a waiver of service of summons is returned as undeliverable or is not returned by a Defendant within 30 days from the date the request for waiver was sent by the Marshal, the Marshal must: (a) personally serve copies of the Summons, Complaint, and this Order upon the Defendant pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure; and (b) within 10 days after personal service is effected, file the return of service for the Defendant, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon the Defendant. The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the

Summons, Complaint or this Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendant pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

(6) A Defendant who agrees to waive service of the Summons and Complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff.

(7) the Defendant must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FINALLY ORDERED** that Plaintiff must become familiar, and comply, with the Federal Rules of Civil Procedure ("Rules") and the Local Rules of Practice for the District Court for the District of Arizona ("Local Rules"). Plaintiff is encouraged to consult the resources for self-represented litigants available on the Court's website at http://www.azd.uscourts.gov/proceeding-without-attorney. Of note, the Court provides a Handbook for Self-Represented Litigants (https://www.azd.uscourts.gov/handbook-selfrepresented-litigants), as well as forms for scheduling an appointment with a volunteer lawyer at the Free Advice-Only Clinic at the Phoenix courthouse (https://www.azd.uscourts.gov/federal-court-advice-only-clinic-phoenix).

Dated this 5th day of September, 2024.

Honorable Diane J. Humetewa
United States District Judge