**DEBRA D. LUCAS**
District Court Executive / Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 W. Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010



September 6, 2024

Re: CV-24-00198-PHX-DJH

Enclosed is a copy of the Court's Order directing the U.S. Marshal to effect service on your behalf. Also, enclosed are copies of your Complaint, U.S. Marshal service forms, waiver of service forms, summonses and a set of examples for your use and information. To complete service, you must prepare, provide sufficient copies and return the following items:

- __3__   copies of the Marshal's Process Receipt & Return Form USM-285
      (one for each defendant ordered to be served);
- __3__   copies of the Notice of Lawsuit & Request for Waiver of Service of Summons form
      (one for each defendant ordered to be served);
- __6__   copies of Waiver of Service of Summons form
      (<u>two</u> for each defendant ordered to be served);
- __3__   copies of the Summons form
      (one for each defendant ordered to be served);
- __4__   copies of the Court Order
      (one for each defendant ordered to be served <u>and</u> one for the U.S. Marshal);
- __4__   copies of your Complaint
      (one for each defendant ordered to be served <u>and</u> one for the U.S. Marshal);

DO NOT PREPARE ANY SERVICE FORMS FOR PARTIES DISMISSED FROM THE ACTION. Upon receipt of the properly completed forms and the <u>required number of copies</u>, your Complaint will be processed for service. FAILURE TO PROPERLY PREPARE AND SIGN YOUR SERVICE FORMS OR PROVIDE THE REQUIRED NUMBER OF COPIES MAY RESULT IN DELAY IN EFFECTING SERVICE. Please mail your completed service packet(s) to the Clerk's Office at:

Sandra Day O'Connor US Courthouse
401 W Washington St Ste 130 SPC 1
Phoenix, AZ 85003-2118

DEBRA D LUCAS, DCE/Clerk of Court

By: K. James
      Deputy Clerk

Enclosures:
   Copy of Court Order
   USM 285 Form(s) w/example
   Notice of Lawsuit & Request for Waiver Form(s) w/example
   Waiver of Service of Summons Form(s) w/example
   Summons Form(s) w/example