# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Wescott, | No. CV-24-00198-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Before the Court is *pro se* Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss (Doc. 21), filed on November 25, 2024. Defendant does not oppose the requested extension. Plaintiff filed his Response on December 2, 2024 (Doc. 23) before the Court issued a ruling on the Motion. For good cause showing,

**IT IS ORDERED** that Plaintiff's Motion (Doc. 21) is **granted**, *nunc pro tunc*. Plaintiff's Response (Doc. 23) shall be deemed timely filed.

Dated this 5th day of December, 2024.

Honorable Diane J. Humetewa
United States District Judge