Robert B. Zelms, Arizona Bar No. 018956
rzelms@zellaw.com
Courtney D. Casiano, Arizona Bar No. 034430
ccasiano@zellaw.com
**ZELMS ERLICH LENKOV**
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Phone: (480) 608-2114

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>             Plaintiff,<br><br>    v.<br><br>Mr. Ezra Doe; Ms. Michele Doe; Fry's Food Stores of Arizona, Inc.,<br><br>             Defendants. | Case No.  CV-24-00198-PHX-DJH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Having reached a settlement, the parties hereby stipulate and agree that the above-captioned matter may be dismissed as to all parties, with respect to all claims, with prejudice, each party to bear their own attorneys' fees and costs.

DATED:  February 10, 2025          **ZELMS ERLICH LENKOV**


                                   By:   *s/ Courtney D. Casiano*
                                         Robert B. Zelms
                                         Courtney D. Casiano
                                         *Attorneys for Defendants*


                                         s/ *Carl A. Wescott w/permission*
                                         Carl A. Wescott
                                         *Plaintiff pro per*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Carl A Wescott**
8210 E Via De La Escuela
Scottsdale, AZ 85258
276-773-7377
carlwescott2025@gmail.com
*Plaintiff*

                                          *s/ Diana Drake*